# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8013
Owners:  Jose Leonel Barrera & Maria Guadalupe Barrera
Acres:   2.668

Being a 2.668 acre (116,238 square feet) parcel of land, more or less, being out of the Maria Marcela Martinez Survey, Abstract No. 130, Starr County, Texas, being out of the east 1/2 of Porción 83, and being out of a called 17.17 acre tract conveyed to Jose Leonel Barrera and Maria Guadalupe Barrera by Warranty Deed recorded in Document No. 2023-378776, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

Beginning at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-1=8039-6" in the west line of Tract RGV-RGC-8013, said point being in the west line of the 17.17 acre tract and the east line of the remainder of a called 262.08 acre tract conveyed to Trophy Plex Properties, LTD. by Special Warranty Deed with Vendor's Lien recorded in Volume 992, Page 304, Official Records of Starr County, Texas (Tract I), said point having the coordinates of N=16646908.768, E=894615.102, said point bears S 69°04'01" E, a distance of 906.72' from United States Army Corps of Engineers Control Point No. SS14-2019;

Thence: with the west line of the 17.17 acre tract and the east line of the 262.08 acre remainder tract, the following courses and distances:
• N 09°52'27" E, for a distance of 52.31' to a 4" metal fence post for angle;
• N 07°09'50" E, for a distance of 133.44' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-3=8039-4" for the northwest corner of Tract RGV-RGC-8013, said point being in the west line of the 17.17 acre tract and the east line of the 262.08 acre remainder tract;

Thence: departing the east line of the 262.08 acre remainder tract, over, across the 17.17 acre tract, the following courses and distances:
• N 83°41'49" E, for a distance of 176.28' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-4" for an angle point in the north line of Tract RGV-RGC-8013;
• N 88°35'04" E, for a distance of 419.18' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following

**SCHEDULE C (Cont.)**

description: "RGV-RGC-8013-5=8015-5" for the northeast corner of Tract RGV-RGC-8013, said point being in the east line of the 17.17 acre tract and the west line of a called 4.56 acre tract conveyed to Maria Julia R. Perez, et al by Partition Deed recorded in Volume 427, Page 502, Deed Records of Starr County, Texas (Second Tract, Tract 7), being the same tract conveyed to Elena Rodriguez Requenez, et al by Quitclaim Deed recorded in Volume 434, Page 214, Deed Records of Starr County, Texas (Undivided 1/2 Interest) and being the same tract conveyed to Lazaro Rodriguez, et al by Warranty Deed recorded in Volume 1072, Page 825, Official Records of Starr County, Texas (Undivided 1/2 Interest);

**Thence:** S 10°47'03" W, with the east line of the 17.17 acre tract and the west line of the 4.56 acre tract, for a distance of 120.51' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-6=8015-4" for an angle point in the east line of Tract RGV-RGC-8013;

**Thence:** S 23°57'26" W, with the east line of the 17.17 acre tract and the west line of the 4.56 acre tract, for a distance of 91.24' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-7=8015-3" for the southeast corner of Tract RGV-RGC-8013, said point being in the east line of the 17.17 acre tract and the west line of the 4.56 acre tract;

**Thence:** departing the west line of the 4.56 acre tract, over and across the 17.17 acre tract, the following courses and distances:
• S 88°37'18" W, for a distance of 442.71' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-7-1" for angle;
• S 79°48'57" W, for a distance of 123.03' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-7-2" for the southwest corner of Tract RGV-RGC-8013, said point being in the west line of the 17.17 acre tract and the east line of the aforementioned 262.08 acre remainder tract;
**Thence:** N 09°23'25" E, with the west line of the 17.17 acre tract and the east line of the 262.08 acre remainder tract, for a distance of 20.80' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N 09°52'27" E | 52.31' |
| L2 | N 07°09'50" E | 133.44' |
| L3 | N 83°41'49" E | 176.28' |
| L4 | N 88°35'04" E | 419.18' |
| L5 | S 10°47'03" W | 120.51' |
| L6 | S 23°57'26" W | 91.24' |
| L7 | S 88°37'18" W | 442.71' |
| L8 | S 79°48'57" W | 123.03' |
| L9 | N 09°23'25" E | 20.80' |
| L10 | S 69°04'01" E | 906.72' |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16646908.768 | 894615.102 | RGV-RGC-8013-1=8039-6 |
| 2 | 16646960.301 | 894624.072 | RGV-RGC-8013-2=8039-5 |
| 3 | 16647092.701 | 894640.713 | RGV-RGC-8013-3=8039-4 |
| 4 | 16647112.054 | 894815.927 | RGV-RGC-8013-4 |
| 5 | 16647122.410 | 895234.982 | RGV-RGC-8013-5=8015-5 |
| 6 | 16647004.026 | 895212.433 | RGV-RGC-8013-6=8015-4 |
| 7 | 16646920.645 | 895175.384 | RGV-RGC-8013-7=8015-3 |
| 8 | 16646909.996 | 894732.800 | RGV-RGC-8013-7-1 |
| 9 | 16646888.242 | 894611.708 | RGV-RGC-8013-7-2 |



### LEGEND

- ● 5/8" REBAR W/ "MDS" CAP SET
- △ CONTROL POINT
- ⊙ FOUND MONUMENT
- — SIGN

DOC — DOCUMENT
DRSC — DEED RECORDS OF STARR COUNTY
FWS — FWS ALUMINUM DISK
IRF — IRON ROD FOUND
MFP — METAL FENCE POST
MRSC — MAP RECORDS OF STARR COUNTY
ORSC — OFFICIAL RECORDS OF STARR COUNTY
PG — PAGE
POB — POINT OF BEGINNING
VOL — VOLUME

- ——————— ACQUISITION BOUNDARY
- ———— P L ———— PROPERTY LINE
- —··—··—··—··— ADJOINING ACQUISITION BOUNDARY
- — — — — — EASEMENT LINE
- —□—□—□—□— CINDER BLOCK WALL
- —— — — —— MATCH LINE
- ———— UGG ———— UNDERGROUND GAS
- —x——x——x— WIRE FENCE
- (#) SEE SHEETS 6 & 7

### NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.00004000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/29/2024.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.
8. TITLE RESEARCH WAS PROVIDED BY CRB-PLS, LLC (DATED AUGUST 26, 2024).



 LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-816-1818

Drawing Ref. No. SHEET 5 OF 8

**METES & BOUNDS SURVEY**
**JOSE LEONEL BARRERA**
**& MARIA GUADALUPE BARRERA**
**TRACT No. RGV-RGC-8013**
STARR COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Adj. Revisions | 1/26/06 | |
| 2 | Adj. Revisions | 1/12/06 | |
| 3 | Owner Revision | 3/5/04 | |
| 4 | Boundary Revision | 4/17/04 | |
| 5 | Owner/Boundary Rev. | 4/20/04 | |
| 6 | Boundary Revision | 1/26/05 | |

CONTRACT NO.: W91278-14-D-0013
T.O.: W91278-18-F-0139

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/25 |
| Checked | LMK | 1/25 |
| Surveyor | JDB | 1/25 |
| Fld.Bk. # | 18SBBS-T4-88 | |

TEXAS LICENSED SURVEYING FIRM B&F ENGINEERING, INC. No. 10019042

**B&F ENGINEERING, INC.**
828 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-0059
(EMAIL) info@bnfeng.com

 US Army Corps of Engineers

MDS PROJ. NO. 25-600-00    FILE NAME: RGV-RGC-8013    DATE: 1/28/2025

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

**(12)**

ROBERTO RODRIGUEZ, ET AL
CALLED 17.5 ACRES
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 1)

ALEJANDRO RODRIGUEZ, JR., ET AL
PROBATE
CAUSE NO. PR—93—3

ROSITA R. LAUREL, ET AL
AFFIDAVIT OF DEATH
& MARITAL HISTORY
VOL. 596, PG. 784 DRSC

EDWARD ALLEN BALLI, ET AL
DEED OF GIFT
VOL. 707, PG. 239 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
& DEATH
DOC. NO. 2002—226828 ORSC
DOC. NO. 2020—358285 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
DOC. NO. 2015—326572 ORSC

MARIA JESUS R. URGUIDEZ, ET AL
PROBATE
CAUSE NO. PR—05—031

ROBERTO RODRIGUEZ
WARRANTY DEED
VOL. 1072, PG. 834 ORSC

DAVID A. RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 ORSC

NICOLAS BALLI, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1371, PG. 743 ORSC

LUCIA A. GARZA, ET AL
PROBATE
CAUSE NO. PR—10—46

EDNA P. RODRIGUEZ
PROBATE
CAUSE NO. 2015—PR—00188—2

**(14)**

ROBERTO RODRIGUEZ, ET AL
CALLED 12.8 ACRES
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 2)

ALEJANDRO RODRIGUEZ, JR., ET AL
PROBATE
CAUSE NO. PR—93—3

ROSITA R. LAUREL, ET AL
AFFIDAVIT OF DEATH
& MARITAL HISTORY
VOL. 596, PG. 784 DRSC

EDWARD ALLEN BALLI, ET AL
DEED OF GIFT
VOL. 707, PG. 239 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
& DEATH
DOC. NO. 2002—226828 ORSC
DOC. NO. 2020—358285 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
DOC. NO. 2015—326572 ORSC

MARIA JESUS R. URGUIDEZ, ET AL
PROBATE
CAUSE NO. PR—05—031

ROBERTO RODRIGUEZ
WARRANTY DEED
VOL. 1072, PG. 834 ORSC

DAVID A. RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 ORSC

NICOLAS BALLI, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1371, PG. 743 ORSC

LUCIA A. GARZA, ET AL
PROBATE
CAUSE NO. PR—10—46

EDNA P. RODRIGUEZ
PROBATE
CAUSE NO. 2015—PR—00188—2

**(17)**

ALFREDO RODRIGUEZ ESTATE
CALLED 10.4 ACRES
VOL. 434, PG. 207 DRSC
(TRACT 4)

ROBERTO RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 4)

**(20)**

MARCELO MONTALVO
WARRANTY DEED
CALLED 41.15 ACRES
VOL. 357, PG. 375 DRSC

**(23)**

ALFREDO RODRIGUEZ ESTATE
CALLED 16.1 ACRES
VOL. 434, PG. 207 DRSC
(TRACT 3)

ROBERTO RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 3)

**(24)**

RYAN GUILLEN
CALLED 11.13 ACRES
SPECIAL WARRANTY DEED
INST. No. 2018—346725 ORSC

**(18)**

OWNER UNKNOWN
(NO DEED OF RECORD FOUND)

**(21)**

OWNER UNKNOWN
(NO DEED OF RECORD FOUND)

**(19)**

MARIA JULIA R. PEREZ, ET AL
CALLED 1.24 ACRES
PARTITION DEED
VOL. 427, PG. 502 DRSC
(THIRD TRACT, TRACT 10)

**(22)**

UNITED STATES OF AMERICA
CALLED 582.548 ACRES
WARRANTY DEED
VOL. 609, PG. 258 ORSC
"TRACT (620)"



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818

| METES & BOUNDS SURVEY | | | |
|---|---|---|---|
| JOSE LEONEL BARRERA | | | |
| & MARIA GUADALUPE BARRERA | | | |
| TRACT No. RGV-RGC-8013 | | | |
| STARR COUNTY | | TEXAS | |

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Adj. Revisions | 1/06/24 | |
| 2 | Adj. Revisions | 11/12/23 | |
| 3 | Detail Revision | 3/5/24 | |
| 4 | Boundary Revision | 4/17/24 | |
| 5 | Detail/Boundary Revision | 6/17/24 | |
| 6 | Boundary Revision | 7/26/24 | |

CONTRACT NO.: W91278-14-D-0013
T.O.: W91278-18-F-0139

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/26 |
| Checked | LMK | 1/26 |
| Surveyor | JDB | 1/26 |
| Fld. Bk. # | 18SBBS-T4-88 | |

TEXAS LICENSED SURVEYING FIRM
BNF ENGINEERING, INC.
NO. 10193642

**ENGINEERING, INC.**
826 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2386
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

Drawing SHEET 7 OF 8
Ref. No.

MDS PROJ. NO. 25-800-00   FILE NAME: RGV-RGC-8013   DATE: 1/26/2025

## SCHEDULE D (Cont.)



Tract:  RGV-RGC-8013
Owner:  Jose Leonel Barrera, et. al.
Acreage:  2.668

# SCHEDULE

# E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8013
Owners:  Jose Leonel Barrera & Maria Guadalupe Barrera
Acres:  2.668

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of land described in Document 2023-378776, Deed Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINETEEN THOUSAND EIGHT HUNDRED THIRTY DOLLARS AND NO/100 CENTS ($19,830.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jose Leonel Barrera** <br> ███████████ <br> Rio Grande City, TX ███ | **RGV-RGC-8013** <br> As identified in the Warranty Deed, Document # 2023-378776, Recorded October 18, 2023, in Starr County, Texas |
| **Maria Guadalupe Barrera** <br> ███████████ <br> Rio Grande City, TX ███ | **RGV-RGC-8013** <br> As identified in the Warranty Deed, Document # 2023-378776, Recorded October 18, 2023, in Starr County, Texas |
| **Ameida Salinas** <br> Starr County Tax Assessor-Collector <br> 100 N. FM 3167, Ste 201 <br> Rio Grande City, TX 78582 | **RGV-RGC-8013** <br> PID: 7260 |